Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Nick Polis (319022)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-238-9005
Fax: 866-633-0298
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ELHENDI, individually and on behalf of all others similarly situated, | Case No.  8:19−cv−02246−JVS−JDE |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| GC SERVICES LIMITED PARTNERSHIP, and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

///

Respectfully submitted this February 07, 2020.

By: /s/Nick Polis
Nick Polis, ESQ.

# **CERTIFICATE OF SERVICE**

Filed electronically on February 07, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on February 07, 2020, to:

To the Honorable Court, all parties and their Counsel of Record

This 7th Day of February, 2020.

By: /s/Nick Polis
Nick Polis, ESQ.